Cynthia G. WALLACE, Petitioner,

v.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES,
Respondent.

No. 02–3009.

United States Court of Appeals,
Federal Circuit.

DECIDED: June 27, 2002.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).